Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*

*Electronically Filed On: May 10, 2021*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>GREGG WILLIAM CHAMBERS,<br><br>Debtor.<br>_____<br>RYAN A. ANDERSEN, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>GREGG WILLIAM CHAMBERS, an individual; et al.<br><br>Defendants. | Case No.  BK-S-20-12895-MKN<br>Chapter 7<br><br><br>Adv. Proc. No. 21-01040-MKN<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST GREGG WILLIAM CHAMBERS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 55(a) AND 77(c)(2)(B)**<br><br>Date of Hearing:    N/A<br>Time of Hearing:    N/A<br><br>Judge: Honorable Mike K. Nakagawa |

Ryan A. Andersen, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case and plaintiff in the above-captioned adversary proceeding (alternatively, the "Trustee" or "Plaintiff"), by and through her counsel, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd., respectfully requests that the Clerk of the Court enter default against Defendant GREGG WILLIAM CHAMBERS for his failure to answer or otherwise respond to the Complaint pursuant to Rules 55(a) and 77(c)(2)(B) of the Federal Rules of Civil Procedure, incorporated by Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Rule 7055 of the Local Rules of Practice for the United States Bankruptcy Court for the District

1  of Nevada.  This Request for Entry of Default is supported by the *Affidavit of Bradley G. Sims,*
2  *Esq. In Support of the Request for Entry of Default Against Gregg William Chambers*, which is
3  field contemporaneously with this Court pursuant to Federal Rule of Civil Procedure 55(a).

    Dated this 10th day of May, 2021.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Bradley G. Sims*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:	702/720-3370
Facsimile:	702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*