Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone: 702/720-3370
Facsimile: 702/720-3371

***Electronically Filed On:* May 10, 2021**

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

GREGG WILLIAM CHAMBERS,

Debtor.

RYAN A. ANDERSEN, Chapter 7 Trustee,

Plaintiff,

v.

GREGG WILLIAM CHAMBERS, an individual; et al.

Defendants.

Case No. BK-S-20-12895-MKN
Chapter 7

Adv. Proc. No. 21-01040-MKN

**AFFIDAVIT OF BRADLEY G. SIMS, ESQ. IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST GREGG WILLIAM CHAMBERS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 55(a) AND 77(c)(2)(B)**

Date of Hearing: N/A
Time of Hearing: N/A

Judge: Honorable Mike K. Nakagawa[1]

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

I, Bradley G. Sims, Esq., declare as follows:

1. I am over the age of 18 years and I am competent to make this declaration. I have personal knowledge of the facts set forth herein, except for those facts stated on information and

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court.

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

belief and, as to those facts, I am informed and believe them to be true.

2. If called as a witness, I could and would testify as to the matters set forth below based upon my personal knowledge.

3. I am an attorney licensed to practice law in the State of Nevada and am an attorney employed by the Houmand Law Firm, Ltd., counsel of record for Ryan A. Andersen, the Chapter 7 Trustee appointed in the above-captioned bankruptcy case and plaintiff in the above-captioned adversary proceeding (alternatively, the "Trustee" or "Plaintiff").

4. I make this declaration to support the *Request for Entry of Default Against Gregg William Chambers Pursuant to Federal Rules of Civil Procedure 55(a) and 77(c)(2)(B)* (the "Request for Default").[2]

5. On June 17, 2020, GREGG WILLIAM CHAMBERS (the "Debtor") filed a voluntary bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code [ECF No. 1][3].

6. On June 23, 2020, the Plaintiff was appointed as the Chapter 7 Trustee in the Debtor's bankruptcy case [ECF No. 18].

7. On March 23, 2021, the Plaintiff commenced the instant adversary proceeding by filing a *Complaint* [Adv. ECF No. 1][4] (the "Complaint") against Gregg William Chambers alleging the following claims for relief: (1) Objection to Discharge Based Upon Debtor's Knowing and Fraudulent False Oath and/or Account Made In Connection with Bankruptcy Case Pursuant to 11 U.S.C. § 727(a)(4)(A); (2) Objection to Discharge Based Upon Debtor's Withholding of Books, Documents, Records, and Papers Relating to the Debtor's Property and Financial Affairs Pursuant to 11 U.S.C. § 727(a)(4)(D); Objection to Discharge Based Upon

---

[2] Unless otherwise indicated, all chapter and section references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037. The Federal Rules of Civil Procedure will be referred to as "FRCP" and the Federal Rules of Bankruptcy Procedure will be referred to as "FRBP."

[3] All references to "ECF No." are to the numbers assigned to the documents filed in the main bankruptcy case (Case Number BK-S-20-12895-MKN) as they appear on the docket maintained by the clerk of the court.

[4] All references to "Adv. ECF No." are to the numbers assigned to the documents filed in the instant adversary proceeding as they appear on the docket maintained by the clerk of the court.

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

Debtor's Transfer, Removal, Destruction, Mutilation, or Concealment of Property of the Debtor in the Year Prior to the Filing of the Bankruptcy Case Pursuant to 11 U.S.C. § 727(a)(2)(A); and Objection to Discharge Based Upon Debtor's Transfer, Removal, Destruction, Mutilation, or Concealment of Property of the Debtor After the Filing of the Bankruptcy Petition Pursuant to 11 U.S.C. § 727(a)(2)(B).

8. On March 25, 2021, a *Summons and Notice of Scheduling Conference in an Adversary Proceeding* [Adv. ECF No. 5] (the "Summons") was issued on Gregg William Chambers.

9. On March 25, 2021, copies of the Complaint, Summons, and standard discovery plan were served on Gregg William Chambers via U.S. Mail pursuant to the *Certificate of Service* [Adv. ECF No. 6] filed on March 25, 2021.

10. As of April 28, 2021, more than thirty (30) days, plus an additional three (3) days for mailing, have expired after issuance of the Summons and service of the Complaint.

11. Accordingly, Plaintiff is entitled to a Clerk's entry of Default against Defendant Gregg William Chambers for his failure to answer or otherwise respond to the Complaint.

12. Gregg William Chambers is not in the military pursuant to a search I performed on May 10, 2021, on the website "scra.dmdc.osd.mil".

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

13. Gregg William Chambers is not an infant nor an incompetent person.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 10 day of May, 2021.

Bradley G. Sims, Esq.

SUBSCRIBED AND SWORN TO
before me this 10 day of May, 2021.

Notary Public

