
Mary A. Schott
Clerk of Court



Entered on Docket
May 11, 2021

Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>GREGG WILLIAM CHAMBERS,<br>Debtor. | Case No. BK-S-20-12895-MKN<br>Chapter 7 |
| RYAN A. ANDERSEN, Chapter 7 Trustee,<br>Plaintiff,<br>v.<br>GREGG WILLIAM CHAMBERS, an individual; et al.<br>Defendants. | Adv. Proc. No. 21-01040-MKN<br>**ENTRY OF DEFAULT AGAINST GREGG WILLIAM CHAMBERS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 55(a) AND 77(c)(2)(B)**<br>Date of Hearing:    N/A<br>Time of Hearing:    N/A<br>Judge: Honorable Mike K. Nakagawa |

This matter came before this court on the *Request for Entry of Default Against Gregg William Chambers Pursuant to Federal Rules of Civil Procedure 55(a) and 77(c)(2)(B)* [Adv.

ECF No. 1][1] (the "Request"), filed by Ryan A. Andersen (the "Trustee"), the Chapter 7 Trustee in the above-captioned bankruptcy case and plaintiff in the above-captioned adversary proceeding, by and through his counsel of record, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd. The Request sought an order entering default against Defendant Gregg William Chambers (the "Defendant").

The Court reviewed the Request, the *Affidavit In Support of Request for Entry of Default Against Gregg William Chambers Pursuant to Federal Rules of Civil Procedure 55(a) and 77(c)(2)(B)* [Adv. ECF No.  ], and all of the pleadings and papers on file herein. Based on this review and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Defendant has failed to plead or otherwise defend in this case as required by law; and

2. Default is entered against the Defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

**IT IS SO ORDERED.**

Prepared and Submitted By:

**HOUMAND LAW FIRM, LTD.**

By: */s/Bradley G. Sims*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:	702/720-3370
Facsimile:	702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*

###

---

[1] All references to "Adv. ECF No." are to the numbers assigned to the documents filed in the instant adversary proceeding as they appear on the docket maintained by the clerk of the court.

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371