Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*

*Electronically Filed On: July 21, 2021*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>GREGG WILLIAM CHAMBERS,<br><br>Debtor. | Case No. BK-S-20-12895-MKN<br>Chapter 7 |
| RYAN A. ANDERSEN, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>GREGG WILLIAM CHAMBERS, an individual; et al.<br><br>Defendants. | Adv. Proc. No. 21-01040-MKN<br><br>**NOTICE OF ENTRY OF DEFAULT**<br><br>Date of Hearing:    N/A<br>Time of Hearing:    N/A<br><br>Judge: Honorable Mike K. Nakagawa |

**PLEASE TAKE NOTICE** that an *Entry of Default Against Gregg William Chambers Pursuant to Federal Rules of Civil Procedure 55(a) and 77(c)(2)(B)* [ADV ECF No. 13] (the "Default") was entered in the above-captioned case on May 11, 2021.

. . .

. . .

. . .

. . .

. . .

-1-

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

A copy of said Default is attached hereto as **Exhibit "1"**.

Dated this 21st day of July, 2021.

**HOUMAND LAW FIRM, LTD.**

By: /s/ *Bradley G. Sims*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Counsel for Ryan A. Andersen, Chapter 7 Trustee*